IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY BULGER,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| vs. | : | **NO. 17-3726** |
| | : | |
| **DANIEL KEENAN and** | : | |
| **WENDY MCCONNELL,** | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 26th day of September, 2017, upon consideration of the plaintiff's motion to proceed in forma pauperis and his pro se civil complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915.

2. Plaintiff, Danny Bulger, #0048, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee. In each month when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-3726.

3. The plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons discussed in the Court's Memorandum. The plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can cure the deficiencies in his complaint. If plaintiff files an amended complaint, he should identify all of the defendants in the caption of the amended complaint in addition to the

body of the amended complaint, and describe how each defendant was responsible for violating his rights. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

4. The Clerk of Court shall furnish the plaintiff with a blank copy of this Court's current standard form to be used by a prisoner filing an action under 42 U.S.C. § 1983 bearing the above-captioned civil action number.

5. The Clerk of Court is directed to send a copy of this order to the Warden of the Northampton County Prison.

6. If plaintiff fails to comply with this order, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro

**NITZA I. QUIÑONES ALEJANDRO, J.**